DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE APPEAL OF BROWN

No. 205P82.

Case below: 56 N.C. App. 629.

Petition by petitioners for writ of certiorari to North Carolina Court of Appeals denied 2 June 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1982.

IN RE ODOM

No. 178P82.

Case below: 56 N.C. App. 412.

Petition by F. L. Odom, Jr. for writ of certiorari to North Carolina Court of Appeals denied 2 June 1982.

PIE IN THE SKY v. BOARD OF ALCOHOLIC CONTROL

No. 107P82.

Case below: 55 N.C. App. 655.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 June 1982. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 2 June 1982.

ROBINSON v. ROBINSON

No. 185P82.

Case below: 56 N.C. App. 258.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 June 1982.

STATE v. BAILEY

No. 250PA82.

Case below: 56 N.C. App. 642.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 12 May 1982.